CHAUFOUR v. UNITED STATES.

(Circuit Court, S. D. New York.   May 24, 1900.)

No. 2,936.

Appeal by the importer, P. Chaufour, from a decision of the Board of General Appraisers, which affirmed the assessment of duty by the collector of customs on merchandise imported at the port of New York.

Howard T. Walden, for importer.
D. Frank Lloyd, Asst. U. S. Atty.

TOWNSEND, District Judge (orally).   The article in question is creme de menthe.   The questions herein are the same as those already discussed in Nicholas v. U. S. (C. C.) 122 Fed. 892, and for the reasons therein stated the decision of the Board of General Appraisers is reversed.

---

JOHNSON & JOHNSON v. HEROLD, Collector of Internal Revenue for

Fifth District of New Jersey.

(Circuit Court, D. New Jersey.   May 21, 1903.)

Willard P. Voorhees, for complainants.
David O. Watkins, U. S. Atty., for defendant.

ARCHBALD, District Judge.   By agreement of the parties this case was heard by the court without a jury, under the provisions of the statute.   The facts are substantially the same as those in the case of Johnson & Johnson v. W. D. Rutan, Collector, 122 Fed. 993.   In accordance with the views expressed in the opinion in that case, judgment is directed to be entered in favor of the plaintiffs in the sum of $2,161.10, being the amount of internal revenue taxes improperly collected by the defendant, with interest from January 1, 1900, to this date.